# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALEXANDER N. ASANOV, et al.,** : | **CIVIL ACTION NO. 1:05-CV-2098** |
| **Plaintiffs** : | (Judge Conner) |
| v. : | |
| **GHOLSON, HICKS & NICHOLS, P.A.,** : et al., : | |
| **Defendants** : | |

## ORDER

AND NOW, this 6th day of January, 2006, upon consideration of plaintiff's request for production of documents (Doc. 16), and it appearing that the request was not filed pursuant to the Federal Rules of Civil Procedure or upon order of the court, see L.R. 5.4(b) ("Interrogatories, requests for disclosures, requests for documents, requests for admissions, and answers and responses thereto shall be served upon other counsel and parties but shall not be filed with the court except as authorized by a provision of the Federal Rules of Civil Procedure or upon order of the court."), it is hereby ORDERED that the request for production of documents (Doc. 16) is STRICKEN from the docket.

   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge