IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXANDER N. ASANOV, et al.,** | : | **CIVIL ACTION NO. 1:05-CV-2098** |
| **Plaintiffs** | : | (Judge Conner) |
| v. | : | |
| **GHOLSON, HICKS & NICHOLS, P.A., et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 6th day of January, 2006, upon consideration of the correspondence from defendants dated January 5, 2006 and addressed to the attention of the court, in which defendants request an enlargement of time, see FED. R. CIV. P. 6(b) (governing enlargements of time), and it appearing that the correspondence was faxed to Chambers and not filed with the Clerk of Court, see L.R. 5.2(c) ("Documents shall not be faxed to a judge without prior leave of court."), it is hereby ORDERED that the request is DENIED without prejudice to defendants' right to file an appropriate motion with the Clerk of Court.

   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge