# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXANDER N. ASANOV**, *et al.*, | : | **CIVIL ACTION NO. 1:05-CV-2098** |
| **Plaintiffs** | : | **(Judge Conner)** |
| v. | : | |
| **GHOLSON, HICKS & NICHOLS, P.A.**, *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 11th day of April, 2006, upon consideration of the report (Doc. 11) of the magistrate judge, recommending that the above-captioned action be dismissed for lack of jurisdiction, it is hereby ORDERED that these proceedings are STAYED pending disposition of the report of the magistrate judge.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge